Entered on Docket
May 24, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Sergio H Garcia,

Case No.: 10-11914
Chapter: 7

Debtor(s).

## ORDER TO APPEAR

The above named debtor(s), having filed an Application for Waiver of the Chapter 7 Filing Fee, is hereby ordered to appear before this court on **Friday, May 28, 2010, at 9:00 a.m.** to be examined by the court as to eligibility regarding this request. If the debtor fails to appear at the scheduled hearing, the court may deem such failure to be the debtor's consent to the entry of an order denying the fee waiver application by default and the case will be dismissed if the filing fee is not paid.

Dated: May 24, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

Appearance to be made at:

■ 99 South E Street, Santa Rosa, California 95404

Copy:

■ Mailed to debtor.    By: Adrienne Paul, Deputy Clerk on May 24, 2010

**NOTICE TO PERSONS ORDERED TO APPEAR**

You have been ordered to appear in federal court. Appropriate attire is mandatory. You will not be permitted into the courtroom if you are wearing a T-shirt, shorts or sandals.