1  **Kevin A. Harris, Bar #201132**
   **HARRIS, ROSALES & HARRIS**
2  **351 St. Mary Street**
   **Pleasanton, CA. 94566**
3
   **(925) 417-8700**
4
5  **Attorney for Movant**
   Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly
   known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB.
6

7              **UNITED STATES BANKRUPTCY COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8

9  In Re:                                    )  Case No.: 10-11914
                                             )
10 Sergio H. Garcia,                         )  DCN:   KH-253
                                             )
            Debtor,                          )  Chapter 7
11                                           )
   ──────────────────────────────           )
12 Wells Fargo Bank, N.A. Successor by merger )  MOTION FOR RELIEF FROM
   to Wells Fargo Bank Southwest, N.A. formerly)  AUTOMATIC STAY; ACCOMPANYING
13 known as Wachovia Mortgage FSB, formerly  )  DECLARATIONS; MEMORANDUM OF
   known as World Savings Bank, FSB,         )  POINTS AND AUTHORITIES
14                                           )
            Movant,                          )  Notice of Hearing Issued:
15                                           )  June 4, 2010
   vs.                                       )
16                                           )
                                             )  Date of Hearing:    June 24, 2010
17                                           )  Time of Hearing:    9:00A.M.
   Sergio H. Garcia,                         )  Court:  First Floor
18                                           )
            Debtor/Respondent.               –
19

20 ──────────────────────────────

21       **TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY**
            **COURT, NORTHERN DISTRICT OF CALIFORNIA:**
22

23      This is a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d),

24 whereby Movant requests an Order from this Court granting relief from the automatic stay, and

25 in support thereof alleges as follows:

1. On or about May 19, 2010 the above named Debtor herein referred to as "Debtor", commenced a proceeding under Chapter 7 of the United States Code in the Bankruptcy Court of the Northern District of California, Case No. 10-11914.

2. Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB (herein referred to as "Movant"), is the owner of those real property premises commonly known as 1061 W. Cottage Place, Santa Rosa, CA 95401 (herein referred to as "Premises").

3. On or about May 3, 2010 Movant purchased the Premises at a Trustee's Sale. Title to the Premises was recorded on May 12, 2010. A copy of the recorded Trustee's Deed upon Sale is attached hereto as "Exhibit 1."

4. On or about May 19, 2010, the automatic stay took effect prohibiting, among other things, the commencement of any legal proceedings by the Movant in State Court to recover possession of the subject Premises, to recover costs, to recover monies owed or other related charges due and owing on the subject premises.

5. There is cause for relief from stay pursuant to 11 U.S.C. § 362(d) in that the Movant's interest in the real property is not and will not, be adequately protected if the stay is allowed to remain in full force and effect. The Movant will suffer continuing loss each day that the Debtor is allowed to remain in possession of the subject premises without paying any money to remain in possession of the premises in that the Movant must continue to make tax and insurance payments on said property, while being deprived of possession and/or profits and income derivable therefrom.

6. There is cause for relief from stay pursuant to 11 U.S.C. § 362(d) in that the Debtor does not have any interest in the subject premises, and such property is not subject to Debtor's asset liquidation.

1     7. The Debtor has failed to vacate the premises after the lawful termination of the

2         Debtor's ownership interest, and has no right to continue in lawful possession of the

3         subject Premises.

4       WHEREFORE, the Movant respectfully requests the following relief:

5     A. That the automatic stay of 11 U.S.C. § 362(d) be terminated with respect to the

6         subject Premises located at 1061 W. Cottage Place, Santa Rosa, CA 95401 so as

7         to allow Movant to continue unlawful detainer proceedings in State Court.

8     B. That the Court waives the 14-day stay provided by Bankruptcy Rule 4001(a) (3).

9     C. That the Court award Movant reasonable attorney's fees and costs in connection

10        with the making of this Motion; and,

      D. For such and further relief that this Court may deem just and proper.

11

12 DATE: June 3, 2010                      /s/ Kevin Harris

13                                   Kevin Harris, Attorney for Movant
                                       351 St. Mary Street

14                                        Pleasanton, CA. 94566

15

16

17

18

19

20

21

22

23

24

25

Case: 10-11914    Doc# 13    Filed: 06/03/10    Entered: 06/03/10 19:37:03    Page 3 of 3