# EXHIBIT D

Movant's business records indicate that the contractual payments received from Debtor(s) since the date of filing of this case are as follows:

Date Chapter 7 case was filed:     May 19, 2010

| Due Date: | Amount Due: | Amount Received | Date Received |
|---|---|---|---|
| 12/01/2008 | $1,558.34 | NO | |
| 01/01/2009 | $1,558.34 | PAYMENTS | |
| 02/01/2009 | $1,558.34 | RECEIVED | |
| 03/01/2009 | $1,558.34 | | |
| 04/01/2009 | $1,558.34 | | |
| 05/01/2009 | $1,558.34 | | |
| 06/01/2009 | $1,558.34 | | |
| 07/01/2009 | $1,558.34 | | |
| 08/01/2009 | $2,569.57 | | |
| 09/01/2009 | $1,675.21 | | |
| 10/01/2009 | $1,675.21 | | |
| 11/01/2009 | $1,675.21 | | |
| 12/01/2009 | $1,675.21 | | |
| 01/01/2010 | $1,675.21 | | |
| 02/01/2010 | $1,675.21 | | |
| 03/01/2010 | $3,709.18 | | |
| 04/01/2010 | $3,709.18 | | |
| 05/01/2010 | $3,709.18 | | |