Entered on Docket
June 29, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 28, 2010

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

Kevin A. Harris, Bar #201132
HARRIS, ROSALES & HARRIS
351 St. Mary Street
Pleasanton, CA. 94566

(925) 417-8700

**Attorney for Movant**
Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank, FSB.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | Case No.: 10-11914 |
| Sergio H. Garcia, | DCN: KH-253 |
| Debtor, | Chapter 7 |
| Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank, FSB, | ORDER GRANTING MOTION FOR RELIEF FROM STAY |
| Movant, | Date of Hearing: June 24, 2010 |
| vs. | Time of Hearing: 9:00A.M. |
|  | Court: First Floor |
| Sergio H. Garcia, | |
| Debtor/Respondent. | |

The Motion for Relief from Automatic Stay of secured creditor Wells Fargo Bank, N.A. Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank, FSB, came regularly for hearing on June 24, 2010 at 9:00 A.M. on the First Floor of the United States Bankruptcy Court of the

1

| | |
|---|---|
| 1 | Northern District , 99 South E Street, Santa Rosa, CA 95404. Evan Livingston appeared on |
| 2 | behalf of Debtor and Scott Harris of Harris, Rosales, & Harris, appeared telephonically on behalf |
| 3 | of moving party. |
| 4 | The Court having read and considered the moving papers and good cause appearing, |
| 5 | IT IS HEREBY ORDERED that: |
| 6 | A. The automatic stay of 11 U.S.C. § 362(d) is terminated with respect to the subject |
| 7 | Premises located at 1061 W. Cottage Place, Santa Rosa, CA 95401 so as to allow |
| 8 | Movant to continue unlawful detainer proceedings in State Court. |
| 9 | *****END OF ORDER***** |

2