1

Kevin A. Harris, Bar #201132
**HARRIS, ROSALES & HARRIS**

**Signed: July 01, 2010**

2

**351 St. Mary Street**
**Pleasanton, CA. 94566**

3

**(925) 417-8700**

4

_____

ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

**Attorney for Movant**

5

Wells Fargo Bank, N.A. Successor by merger to ~~Wells Fargo Bank Southwest, N.A. formerly~~
known as Wachovia Mortgage FSB formerly known as World Savings Bank, FSB.

6

7

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

8

9

In Re:                                                    )   Case No.: 10-11914
                                                          )
10   Sergio H. Garcia,                                    )
                                                          )   DCN:  KH-253
11            Debtor,                                     )
                                                          )   Chapter 7
12   Wells Fargo Bank, N.A. Successor by merger           )
     to Wells Fargo Bank Southwest, N.A. formerly         )   ORDER GRANTING  MOTION FOR
13   known as Wachovia Mortgage FSB formerly              )   RELIEF FROM STAY
     known as World Savings Bank, FSB,                    )
14                                                        )
                                                          )
15            Movant,                                     )
                                                          )   Date of Hearing:    June 24, 2010
16   vs.                                                  )   Time of Hearing:    9:00A.M.
                                                          )   Court:  First Floor
17                                                        )
                                                          )
18   Sergio H. Garcia,                                    )
                                                          )
19            Debtor/Respondent.                          –

20

_____

21

22          The Motion for Relief from Automatic Stay of secured creditor Wells Fargo Bank, N.A.

23   Successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia

24   Mortgage FSB formerly known as World Savings Bank, FSB, came regularly for hearing on

25   June 24, 2010 at 9:00 A.M. on the First Floor of the United States Bankruptcy Court of the

1

Northern District , 99 South E Street, Santa Rosa, CA 95404. Evan Livingston appeared on behalf of Debtor and Scott Harris of Harris, Rosales, & Harris, appeared telephonically on behalf of moving party.

The Court having read and considered the moving papers and good cause appearing, IT IS HEREBY ORDERED that:

    A.  The automatic stay of 11 U.S.C. § 362(d) is terminated with respect to the subject Premises located at 1061 W. Cottage Place, Santa Rosa, CA 95401 so as to allow Movant to continue unlawful detainer proceedings in State Court.

    B.  That waiver of the 14-day stay provided by Bankruptcy Rule 4001(a) (3), is denied.

*****END OF ORDER*****

Case: 10-11914   Doc# 19   Filed: 07/02/10   Entered: 07/02/10 13:21:37   Page 2 of 2