Evan Livingstone, SBN 252008
740 Fourth St #215
Santa Rosa, CA 95404
Tel (707) 206-6570
Fax (707) 676-9112
Email evanlivingtone@sbcglobal.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                            Case No.10-11914

     Sergio H Garcia                     Chapter 7

     Debtor

_____/

ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

Upon the application of the debtor(s) to convert this Chapter 7 case to Chapter 13,

IT IS ORDERED as follows:

1. The case will be converted from Chapter 7 to Chapter 13 seven days after the date of this order, unless an objection to conversion is filed.

2. If an objection is filed, the debtor(s) shall notice a hearing on it and give 10 days notice thereof, unless the court shortens time.

IF THE CASE IS CONVERTED, the following is ORDERED:

The debtor(s) shall file a Chapter 13 plan within 10 days of the date of conversion, and shall a serve a copy of it and a notice of confirmation hearing on all creditors, the Chapter 13 trustee, and the former Chapter 7 trustee. The hearing shall be noticed for the next Chapter 13 calendar which is more than 14 days from the date of service. The hearing may not be continued except by court order.

4. Within 10 days of the date of conversion, the debtor(s) shall serve on the Chapter 13 trustee copies of all schedules and amendments thereto and copies of all pleadings filed by the Chapter 7 trustee.

5. The Chapter 7 trustee and any professionals he or she may have hired may file proofs of claim for compensation for work performed prior to conversion. The plan shall provide for payment of these claims in full unless they are disallowed.

6. The debtor(s) shall give the Chapter 7 trustee and his or her attorney notice of all Chapter 13 motions, applications, and hearings.

7. The Chapter 13 trustee shall consult with the Chapter 7 trustee concerning the status of the case when converted and the estimated dividend to creditors if the case had remained in Chapter 7.

8. The debtor(s) shall make the first plan payment within 20 days of the conversion, regardless of whether the plan has been confirmed.

9. No estate assets shall be turned over to the debtor(s) without an order of this court.

10. Failure to comply with this order, or to obtain prompt confirmation of a plan, will result in reconversion to Chapter 7. In the event a plan is confirmed but not completed, the case will be reconverted to Chapter 7. Under no circumstances will this case be dismissed without full notice to all parties, an actual hearing, and a finding that dismissal is in the creditors' best interests.

Dated: July 19, 2010

_____
Alan Jaroslovsky
United States Bankruptcy Judge