

1

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA  94404
TELEPHONE (650) 345-7801

**Signed: November 08, 2010**

2

3

4

_____
**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

In re:

8

SERGIO H. GARCIA

9

Debtors.

) Case No.: 10-1-1914 AJ13
)
) ORDER DISMISSING PROCEEDINGS
)
)
)
)

10

11

This matter having come on regularly for hearing on October 18, 2010 and

12

(  ) the debtor(s) having failed to appear

13

(  ) the debtor(s) having failed to remit the required plan payments to the Trustee

14

(  ) it appearing that the debtor(s) are not eligible for Chapter 13

15

(  ) it appearing that the debtor(s) can not propose a confirmable Plan

16

(  ) the debtor(s) having voluntarily requested dismissal

17

(XX) the debtor(s) having failed to convert case to a Chapter 7

18

(  ) the debtor(s) having failed to provide requested documentation

19

20

**IT IS ORDERED** that the case be and hereby is dismissed under Title 11 of the United

21

States Code.

22

23

**IT IS FURTHER ORDERED** that any restraining orders heretofore entered in these

24

proceedings be and hereby are vacated.

25

26

**\*\*END OF ORDER\*\***

27

28

Case: 10-11914   Doc# 36   Filed: 11/08/10   Entered: 11/08/10 12:47:30   Page 1 of 1